85 P.3d 474

**Bruno AVILA et ux et al**

v.

**P BIEDESS/AHCCCS**

No. CV–03–0406–PR.

Supreme Court of Arizona.

March 16, 2004.

ORDERED: Kurti Appellees' Petition for Review = DENIED.

FURTHER ORDERED: Avila Appellants' Petition for Review = DENIED.

FURTHER ORDERED: Request for Attorneys' Fees [Appellees Kurti] = DENIED.

FURTHER ORDERED: Request for Attorneys' Fees [Appellants Avila] = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Justice HURWITZ voted to grant review.